JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LADELL STEPHENS, | ) NO. CV 19-1496-KS |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WILLIAM SULLIVAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 22, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE